IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G Closed Circuit Events LLC,<br><br>            Plaintiff,<br>    v.<br><br>Fardad Dormanesh d.b.a. Deezi's Café Persia,<br><br>            Defendant.<br>                                                                    / | NO. C 10-03528 JW<br><br>**ORDER REQUIRING SUPPLEMENTAL EVIDENCE RE: CONVERSION DAMAGES AND REQUEST FOR FEES AND COSTS** |

Presently before the Court is Plaintiff's Motion for Default Judgment.[1] In its Motion, Plaintiff requests compensatory damages for its conversion claim as well as attorney fees and costs. (Id.) However, upon review, Plaintiff has not provided any evidence to support its claim of $1,200 for Defendant's alleged conversion. In addition, Plaintiff has not provided an accounting of attorney fees or costs in any of its filings. (See Docket Item No. 10.)

Accordingly, on or before **February 24, 2011**, Plaintiff shall file adequate proof of the value of its property at the time of conversion to support its compensatory damages claim. Failure to timely file the required evidence is deemed to be a waiver of Plaintiff's conversion claim. Plaintiff shall also file a supplemental declaration and provide an account of its request for attorney fees and costs. Failure to timely file the required accounting is deemed to be a waiver of fees and costs.

Dated: February 23, 2011

                                                                    /s/ James Ware
                                                                    JAMES WARE
                                                                    United States District Chief Judge

---

[1] (Application for Default Judgment by the Court, hereafter, "Application," and Memorandum of Points and Authorities in Support of Plaintiff's Application for Default Judgment by the Court, hereafter, "Motion," Docket Item No. 10.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

**Dated: February 23, 2011**  **Richard W. Wieking, Clerk**

 **By:  /s/ JW Chambers**
  **Elizabeth Garcia**
  **Courtroom Deputy**